ORIGINAL

**FILED**

SEP 19 2018

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

**COMPLAINT FORM,**
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

---

(Full name of plaintiff(s))

LAMARR T. CRITTENDEN

vs

(Full name of defendant(s))

Case Number:

**1: 18 -cv- 2897** WTL -MPB

(to be supplied by clerk of court)

DR. BRUCE D. IPPELL M.D. – WEXFORD MEDICAL SERVICES

WEXFORD MEDICAL SERVICES OF INDIANA L.L.C.

NURSE H. DAVIS – WEXFORD MEDICAL SERVICES

MRS. M. STROBEL – EXECUTIVE ASSISTANT- NEW CASTLE CORRECTIONAL FACILITY

JENNIFER FRENCH- ASSISTANT WARDEN- NEW CASTLE CORRECTIONAL FACILITY

---

A.    PARTIES

1.    Plaintiff is a citizen of Indiana, and is located at The New Castle Correctional

Facility, P.O. Box A, 1000 Van Nuys Rd., New Castle, In 47362

2.    Defendant 1 – Dr. Bruce D. Ippell, M.D.- is a citizen of Indiana ,and works for

Wexford Medical Services of Indiana L.L.C., The Medical Provider of the New Castle

1

Correctional Facility, which is located at 1000 Van Nuys Road, P. O. Box A, New Castle, In 47362, and was so employed by the above company at the time when he committed the offenses alleged in this complaint, and is still currently employed by this company.

3.      Defendant 2- is Wexford Medical Services of Indiana L.L.C., which is a private corporation and the Medical Provider for the New Castle Correctional Facility, who's main office is located at 9245 N. Meridian St., Suite 120, Indianapolis, In 46260, and is currently still the provider listed in this complaint.

4.      Defendant 3- is Nurse H. Davis -  is a citizen of Indiana , and works for Wexford Medical Services of Indiana L.L.C., The Medical Provider of the New Castle Correctional Facility, which is located at 1000 Van Nuys Road, P. O. Box A, New Castle, In 47362, and was also working for the same medical service when she committed the acts alleged in this complaint.

5.      Defendant 4 -is MRS. M. STROBEL – is an Executive Assistant at the New Castle Correctional Facility, and is a citizen of Indiana ,and works for the New Castle Correctional Facility, which is located at 1000 Van Nuys Road, P. O. Box A, New Castle, In 47362, and also worked for the same company when she committed the offenses alleged in this complaint.

6.      Defendant 5 – is Jennifer French- is the Assistant Warden at - The New Castle Correctional Facility  and is a citizen of Indiana ,and works for the New Castle Correctional Facility, which is located at 1000 Van Nuys Road, P. O. Box A, New Castle, In 47362, and also worked for the New Castle Correctional Facility when she committed the offenses alleged in this complaint.

7.    B.    STATEMENT OF CLAIM

1.                                    Dr. Bruce D. Ippell

DR. Bruce D. Ippell M.D., showed deliberate indifference when he made a note

in his medical records that I needed medical insoles in November of 2017 but never put in a

physical order, and then again he made a note that I needed arch supports in March 0f 2018,

but once again never actually put a physical order in. This shows deliberate indifference

because he is the one who approved these arch supports due to the fact that I have relatively

small arches which Dr. Ippell stated in his own medical report on 11/28/17when he stated

that I needed medical insoles, but never ordered them. In this very same report, he

discussed at some length firm arch support orthotics, and that I may do the best with

custom – made orthotics, but that I would have to wait until I got out in several years to get

these custom made orthotics, and also continuously failed to request that I see a foot doctor

to examine my feet. Dr. Ippell also instructed me to run it by custody to see if I could

creatively carefully whittle a custom made orthotic out of wood and have it in my

possession, instead of trying to get me an actual custom made orthotic, or send me to a foot

doctor. This continuous failure to get my medical insoles, or orthotic arch supports caused

the pain that started in my feet or arches to spread to my lower back and get worse and

worse from August of 2017 to June of 2018. It wasn't until I filed a formal grievance in

April of 2018, that I found out that Dr. Ippell never actually put in a physical order for my

arch supports or medical insoles. This was a deliberate failure on behalf of Dr. Ippell,

because not only did he fail to put in an order once he approved it, but he failed to put in an

order twice, this cannot be explained any other way but deliberate indifference. This failure

by Dr. Ippell has caused pain to my lower back and feet which may cause indefinite pain in

the future due to the amount of time it took to get my orthotic supports which I did not

3

receive until June 12th, 2018. Even though I have received these orthotic supports, my feet and lower back still continue to hurt when I walk, when I get up and down out of bed, and in a chair. This was all caused due to the inadequate medical care provided by Dr. Ippell, in violation of the 8th amendment's right to be free from cruel and unusual punishment.

2.                          <u>Wexford Medical Services</u>

Wexford medical services maintains unconstitutional policies due to the fact that they do not have a full time Doctor on call 24 hours a day, 7 days a week at the New Castle Correctional Facility. Wexford also has an unstitutional policy that prevents offenders from qualifying or being elgible for a bottom bunk pass if they do not meet certain criteria. Wexford medical also has an unconstitutional practice of not allowing nurses to prescribe pain medication.

I know there was not a doctor available, or on call 24/7 because twice I put in a health care request form, and when I was seen by the nurse, I had to be referred to the provider for foot and back pain because no doctor was available. I was referred once on 8-26-17, and again on 11-25-17. It took me 3 months total time to receive a medical evaluation from a Doctor because their was not a doctor on call. This caused me unnecessary pain in violation of my 8th Amendment right to be free from cruel and unusual punishment.

Wexfords unconstitutional policy of bottom bunk pass requirements prevented me from getting a bottom bunk pass because I did not meet any of the stringent requirements. But even though I have a well documented history of having lower back pains, and foot pain in my arches to the point that I should not be forced to climb on a top bunk, I still do not qualify. Being on a top bunk will cause me more pain because I will have to jump off of a top bunk onto the floor, and I will also have a hard time climbing up onto a top bunk

which is already hard to do, due to the fact that New Castle Correctional Facility does not

have any kind of ladder or system in place that can help an offender climb onto a top bunk.

So this unconstitutional policy which is preventing me from getting a bottom bunk pass

will cause me undue hardship in violation of the 8th Amendment.

Wexfords unconstitutional policy of not allowing or not having nurses to prescribe

medicine, and only allowing the Doctor to prescribe medication caused me extended pain

and hardship because I put in a health care request form about foot pain and back pain, was

seen on 8-26-17, referred to a provider and not prescribed any pain medication.  I put in

another health care request form on 11/25/17 in regards to the same pains, and was referred

to a provider again and not prescribed any pain medication until 11/28/17 by Dr. Ippell who

prescribed me meloxicam. So it took me 3 months in all to be prescribed pain medication.

No nurse I seen prior to this prescribed me pain medication. This unconstitutional practice

by Wexford Medical to staff nurses that don't prescribe pain medication is a violation of my

8th Amendment right to be free from cruel and unusual punishment, due to the fact that this

practice caused me to experience continuous and extended pain because none of the nurses

would prescribe me any pain medication.

3.                                     Nurse H. Davis

Nurse H. Davis showed deliberate indifference by failing to review my health care records.

Nurse Davis  read my health care request # 370147, dated 11/4/17, in which I stated "I have

been referred to see a doctor twice in the last month and a half, and this is a request to see a

doctor before a formal grievance is filed. Nurse Davis responded to this health care request

by stating- "According to charting, you haven't been seen twice for same unresolved issue

recently, please send in a H.C.R.F. & symptoms or issues" . This deliberate failure to take

the time to review my medical records was an 8th amendment violation, because it caused

5

me to have to endure pain in my feet and lower back for an extended period of time. I had

to submit another health care request form # 24694, dated 11/25/17, where I complained of

the same pains in my lower back and feet. Nurse Burckhard even wrote on this request that

this was my 2nd nurse sick call for my feet and arches which supports my complaint. I

finally was seen by Dr. Ippell on 11/28/17. Had nurse Davis reviewed my records, she

would have seen that she was the nurse that signed off on a health care request dated for

10/15/17 that spoke of the pain in my arches and feet, which was submitted right before the

2nd request, where Nurse Davis said I had not been seen twice for the same unresolved

issue recently. This was a complete violation of my 8th amendment rights.


4.              Ms. M. Strobel- Executive Assistant

Ms. Strobel showed deliberate indifference to Crittendens objectively serious

medical condition when he filed his level 1 grievance appeal and requested that a foot

specialist be called out to look at his feet to see if there has been any long term damage

caused by these delays by medical in ordering Crittendens orthotic arch supports. Ms.

Strobel denied this level 1 grievance appeal as the acting grievance specialist. By Ms.

Strobel knowing about my medical condition and reading about the history of the delays,

and still denying my appeal request to have a foot specialist and a doctor look at my feet

and back to see if any long term damage has been caused, Ms. Strobel was being

deliberately indifferent to my serious medical needs.


5.              Ms. Jennifer French- Assistant Warden

Assistant Warden Jennifer French showed deliberate indifference by failing to

respond to my request for assistance with the medical department due to my foot and back

6

pain on 3/10/2018. I wrote Ms. French a letter and allerted her to the problems I was having

with medical about them failing to order my arch supports, and that now I believe I need to

have a foot specialist to come in and check my feet out because I believed they were getting

worse. This letter also stated that I believe I have to go to the highest authority in the prison

and ask them if they can intervene in the situation before I go any further with my

complaint. By Ms. French failing to respond to my request for medical attention, she

showed deliberate indifference in violation of my 8th amendment rights.

C.    JURISDICTION

☑    I am suing for a violation of federal law under 42 U.S.C. § 1983., and this Court has jurisdiction pursuant to section 28 U.S.C. 1331 and 1343 (a)(3)

OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____ _____ .

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit.  Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want $ 50,000 dollars for current pain and suffering and the denial of adequate medical care and deliberate indifference. I want $456,0000 for future damages and possible inability to work a 40 Hour a week job due to pain in the arches of my feet, and pain in my lower back. I want $150,000 for money that could have been invested and earned interest in a 401k plan at my place of employment.  I request Injunctive Relief for Wexford Medical Services to staff a Doctor that is available either 24 Hrs. A day to aide and assist people needing urgent medical care, or be able to be on call 24 Hrs. a day to provide urgent medical care when needed. I also request Injunctive Relief that Wexford Medical staff Nurses that can provide or prescribe medical medication for pain, allergies, or any other medication that is needed, or that can provide medical assistance 24 Hrs. a day to people in need of things such as stitches or things of this nature when the Doctor is not available. I also request Injunctive Relief for Wexford Medical Services of Indiana

8

L.L.P. To change it's policy of stringent requirements for a bottom bunk pass, and make

an acception for qualification in special circumstances , such as people with certified or

documented body pains, bone pains, or any situation that would make it almost

unbearable for a person to climb on a top bunk, and allow them to have a bottom bunk

pass, or otherwise work out a plan that would allow the prison to put a ladder system in

place to assist a prisoner in climbing onto a top bunk, and also provide *me* with a bottom

bunk pass for the rest of my time incarcerated due to my documented pains.

E.    JURY DEMAND

☑    Jury Demand – I want a jury to hear my case
                              OR

☐    Court Trial – I want a judge to hear my case

           Dated this *17th* day of *September*          , 20 *18* .

                    Respectfully submitted,

                    *Lamar Crittebe*
                    Signature of Plaintiff

                    148648
                    Plaintiff's Prisoner ID Number


                    New Castle Correctional Facility

                    P.O. Box. A, 1000 Van Nuys Road
                    New Castle, Indiana **47362**
                    (Mailing Address of Plaintiff)

                    (If more than one Plaintiff, use another piece of paper).

9

REQEUST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I DO request that I be allowed to file this complaint without paying the filing fee.  I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without paying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

10